Form cntcpab

# UNITED STATES BANKRUPTCY COURT
Eastern District of Louisiana

Case No.: 22−10378  
Chapter: 7  
Section A

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Troylynn Champagne
   2120 Hero Drive
   Gretna, LA 70053

Social Security No.:
   xxx−xx−8614

Employer's Tax I.D. No.:

---

## CLERK'S NOTICE OF TRUSTEE'S STATEMENT

## THAT PRESUMPTION

## OF ABUSE HAS ARISEN UNDER 11 U.S.C. SECTION 707(b)(2)

   Documents initially submitted by the debtor indicated that no presumption of abuse under Section 11 U.S.C. 707(b)(2) had arisen in connection with the above−captioned case. Notice is hereby given that the United States Trustee, after reviewing all materials filed by the debtor, has filed a statement with the court indicating that presumption of abuse has arisen under SECTION 11 U.S.C. 707(b)(2).

Dated: 5/11/22

*Denise Fredricks*  
Clerk of Court

United States Bankruptcy Court

Eastern District of Louisiana

In re:                                                                                  Case No. 22-10378-MSG

Troylynn Champagne                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 053L-2                                  User: admin                                            Page 1 of 3

Date Rcvd: May 11, 2022                           Form ID: cntcpab                               Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Troylynn Champagne, 2120 Hero Drive, Gretna, LA 70053-7420 |
| smg | + | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| 3908063 | + | Atlantic Capital Bank/Self Financial, 515 Congress Ave., Suite 2200, Austin, TX 78701-3560 |
| 3908070 | + | Certified Bureau of the South, 2424 Edenborn, Suite 2540, Metairie, LA 70001-6456 |
| 3908074 | + | Darryl M. Fontana, PO Box 2030, Mandeville, LA 70470-2030 |
| 3908075 | + | Delta Pathology, 2915 Missouri Ave., Shreveport, LA 71109-4327 |
| 3908077 | | Homecomings Financial, Bankruptcy Department, PO Box 939072, San Diego, CA 92193-9072 |
| 3908079 | + | Jefferson Parish Sheriff's Office, Administrator of Wage Garnishments, 1233 Westbank Expressway, Harvey, LA 70058-4462 |
| 3908080 | + | Jefferson Radiology, 4520 Wichers Drive, Suite 201, Marrero, LA 70072-3134 |
| 3908081 | ++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270 address filed with court:, LABCORP, P.O. Box 2240, Burlington, NC 27216-2240 |
| 3908086 | + | New Orleans Physician Services, 1101 Medical Center Boulevard, Marrero, LA 70072-3147 |
| 3908087 | + | Norman J. Champagne, Jr., 205 Deforneaux Lane, Westwego, LA 70094-2613 |
| 3908089 | + | OnPath Federal Credit Union, 5508 Citrus Blvd, New Orleans, LA 70123-5511 |
| 3908091 | + | Redemption Financial, 2600 Belle Chasse Highway, Suite 209, Gretna, LA 70056-7156 |
| 3908094 | + | Terry Michael Burse, 2120 Hero Dr., Gretna, LA 70053-7420 |
| 3908095 | | Touro Infirmary, 14401 Foucher Street, New Orleans, LA 70160 |
| 3908097 | | Verizon Wireless, PO Box 650051, Strandburg, SD 57265 |
| 3908098 | + | West Jefferson Medical Center, 1101 Medical Center Blvd., Marrero, LA 70072-3191 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | ^ | MEBN | May 11 2022 19:18:26 | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | | Email/Text: LDRBankruptcy.EBN@la.gov | May 11 2022 19:23:00 | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | May 11 2022 19:24:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| smg | | Email/Text: USALAE.Bankruptcy@usdoj.gov | May 11 2022 19:23:00 | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| 3908064 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 11 2022 19:24:00 | Bank of Missouri/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 3908065 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 11 2022 19:23:00 | Caine & Weiner Company, Inc., 5805 Sepulveda Blvd., 4th Floor, Van Nuys, CA 91411 |
| 3908068 | + | Email/Text: cbsbankruptsy@aol.com | | |

| District/off: 053L-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2022 | Form ID: cntcpab | Total Noticed: 42 |

| Recipient ID | | Delivery method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 11 2022 19:24:00 | CBS Collections, 1244 Jackson Street, Alexandria, LA 71301-6927 |
| 3908069 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 11 2022 19:24:00 | CCS Collections, 725 Canton Street, Norwood, MA 02062-2679 |
| 3908067 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 11 2022 19:31:47 | Capital One Auto Finance, PO Box 260848, Plano, TX 75026-0848 |
| 3908066 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 11 2022 19:31:43 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 3908772 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 11 2022 19:31:43 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 3908071 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2022 19:23:00 | Comenity - Ashley Stewart, PO Box 659705, San Antonio, TX 78265-9705 |
| 3908072 | + | Email/Text: ebnnotifications@creditacceptance.com | May 11 2022 19:23:00 | Credit Acceptance, P.O. Box 5070, Southfield, MI 48086-5070 |
| 3908073 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 11 2022 19:24:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 3908076 | | Email/PDF: ais.fpc.ebn@aisinfo.com | May 11 2022 19:31:43 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 3908078 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2022 19:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 3908081 | | Email/Text: govtaudits@labcorp.com | May 11 2022 19:23:00 | LABCORP, P.O. Box 2240, Burlington, NC 27216-2240 |
| 3908092 | | Email/Text: clientsupport@lead.bank | May 11 2022 19:23:00 | Self Financial Inc/Lead Bank, 1801 Main Street, Kansas City, MO 64108 |
| 3908082 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 11 2022 19:23:00 | Lane Bryant, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 3908083 | | Email/Text: LDRBankruptcy.EBN@la.gov | May 11 2022 19:23:00 | Louisiana Department of Revenue, P.O. Box 201, Baton Rouge, LA 70821-0201 |
| 3908084 | | Email/Text: sheri@masinc.org | May 11 2022 19:23:00 | Merchants Adjustment Service, 56 N. Florida St., Mobile, AL 36607 |
| 3908085 | + | Email/Text: bankruptcy@ncaks.com | May 11 2022 19:23:00 | National Credit Adjusters, PO Box 3023, 327 W. 4th Street, Hutchinson, KS 67501-4842 |
| 3908088 | | Email/Text: lengle@ochsner.org | May 11 2022 19:24:00 | Ochsner Foundation Hospital, PO Box 60981, New Orleans, LA 70160-0981 |
| 3908090 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 11 2022 19:23:00 | Progressive, PO Box 55848, Van Nuys, CA 91413-0848 |
| 3908093 | + | Email/Text: bankruptcy@speedyinc.com | May 11 2022 19:23:00 | Speedy Cash, PO Box 780408, Wichita, KS 67278-0408 |
| 3908096 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 11 2022 19:23:00 | Verizon Wireless, Verizon Wireless Bankruptcy Admin, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 053L-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 11, 2022 | Form ID: cntcpab | Total Noticed: 42 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michele C. Stross | on behalf of Debtor Troylynn Champagne mstross@slls.org |
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| Wilbur J. (Bill) Babin, Jr. | trusteebabin@wjbabin.com  la35@ecfcbis.com |

TOTAL: 3